# Third District Court of Appeal
## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-21
Lower Tribunal No. 19-22104-CA-01
_____

**Slavica Raffay, et al.**,
Appellants,

vs.

**Mitchel Zipper**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David Craig Miller, Judge.

Slavica Raffay and Atilla Raffay, in proper persons.

Shapiro Blasi Wasserman Hermann, P.A., and Joshua L. Zipper (Boca Raton), for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.